AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>ANTONIO BENITO ROJAS LASCREZ<br>AKA: ANTONIO BENITO ROJAS-LAS CAREZ<br>ANTONIO BENITO ROJAS<br><br>*Defendant(s)* | Case No. 1:25-mj-00051-BAM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 1, 2022__ in the county of __Kern__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Previously Removed Alien Found Back in the United States<br><br>PENALTIES:<br>2 years max imprisonment;<br>$250,000 fine;<br>1 year supervised release;<br>$100 special assessment |

This criminal complaint is based on these facts:

Defendant was found in Kern County, California on or about April 1, 2022. Defendant's fingerprints connect him to an immigration file showing he is a Mexican national and alien who was previously removed from the United States on or about August 30, 2017. Defendant has not received consent from the Attorney General or the Secretary of Department of Homeland Security to re-apply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Theodore Perez, Deportation Officer
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 5/9/25

*Judge's signature*

City and state: Fresno, California    Hon. Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*